LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211

March 27, 2012

Hon. William F. Kuntz
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      re: USA v. Vrancea
          12 cr 198 (WFK)

By ECF

Dear Judge Kuntz;

      Today, Mr. Vrancea expressed his concern to me that interpreter Mr. B. Sassi who interpreted for Vrancea at his arraignment did not do a satisfactory job. Mr. Vrancea respectfully requests to be provided with another Romanian interpreter for future proceedings.
      Thank you.

Respectfully,

B. Alan Seidler

bas/ee