*U.S. Department of Justice*



*United States Attorney*
*Eastern District of New York*

AH   *271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 18, 2012

<u>By Hand</u>

Bernard Alan Seidler
580 Broadway
New York, NY 10012

       Re:   United States v. Ion Catalin Vrancea
            <u>Criminal Docket No. 12-198</u>

Dear Mr. Seidler:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter.  Enclosed please find a disk containing telephone calls made by your client while at the Metropolitan Detention Center between February 22, 2012 and March 12, 2012.  Any additional discovery will be provided to you on a rolling basis.  The government hereby also reiterates its request for reciprocal discovery.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney

            By:             /s/
                    Amanda Hector
                    Assistant U.S. Attorney
                    (718) 254-6212

Enclosures
cc. Clerk of the Court (WFK) (w/o enclosures) (by ECF)