**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

AH

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 25, 2012

By U.S. Mail

Bernard Alan Seidler
580 Broadway
New York, NY 10012

    Re:  United States v. Ion Catalin Vrancea
         Criminal Docket No. 12-198

Dear Mr. Seidler:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter.  Enclosed please find a disk containing emails sent or received by your client while at the Metropolitan Detention Center between February 16, 2012 and May 14, 2012.  Any additional discovery will be provided to you on a rolling basis.  The government hereby also reiterates its request for reciprocal discovery.

         Very truly yours,

         LORETTA E. LYNCH
         United States Attorney

    By:   /s/
         Amanda Hector
         Assistant U.S. Attorney
         (718) 254-6212

Enclosures
cc. Clerk of the Court (WFK) (w/o enclosures) (by ECF)